TO
U.S. Bankruptcy Court
900 Market St
Suite 400
Phila. PA. 19107

4-15-04

FROM
Bonnie Connor
Bankruptcy No - 0410960
RE. Chapter 13

Answer Explaining my Position for Not Sending Payment to Trustee

Payments were brought with me to my initial Chapter 13 hearing. They were personal checks and would not be valid. Was told to send money orders.

Please accept payments for Jan, Feb and March in the amount of $400.00 each.

Please do not dismiss my bankruptcy case.

Bonnie Connor

CC: William C. Miller, Esquire