**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      Bonnie Connor                          BKY. NO.    04-10960

           **DEBTOR**                                    CHAPTER    13

**ENTRY AND WITHDRAWAL OF APPEARANCE**

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of the Debtor in the above case.

Date: _____                    /s/ Eric L. Frank
_____ Eric L. Frank

           DiDonato and Winterhalter, P.C.
           1818 Market Street
           Suite 3520
           Philadelphia, PA 19103
           Tele:   215-564-1840
           Fax:    215-564-5597

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw my appearance on behalf of the Debtor in the above case.

Date: _____                    /s/ Jack K. Miller
_____ Jack K. Miller

           Miller, Frank and Miller
           21 South 12th Street
           Suite 640
           Philadelphia, PA 19107
           Tele:   215-557-9710
           Fax:    215-557-9715