**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      BONNIE CONNOR                    CHAPTER   13

            DEBTOR                           BKY. NO. 04-10960BIF

## ENTRY AND WITHDRAWAL OF APPEARANCE

### ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Debtor in the above case.

Date:   February 9, 2006                /s/ Michael Cataldo
                                        Michael Cataldo

                                        437 Chestnut Street
                                        Philadelphia, PA 19106
                                        Tele:   215-735-1060
                                        Fax:    215-735-6769

### WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the Debtor in the above case.

Date:   February 9, 2006                /s/ Eric L. Frank
                                        Eric L. Frank

                                        DiDonato and Winterhalter, P.C.
                                        1818 Market Street
                                        Suite 3520
                                        Philadelphia, PA 19103
                                        Tele:   215-564-1840
                                        Fax:    215-564-5597